IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01601-BNB

MICHAEL REA,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
OFFENDER SERVICES (Official Capacity), and
CORRECTIONS CORPORATION OF AMERICA (in Their Official and Individual
    Capacity),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The motions Plaintiff submitted to and filed with the Court on July 2 and 7, 2010 (Doc. Nos. 4 and 6), are DENIED.

Dated: September 3, 2010