IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01601-BNB

MICHAEL REA,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
OFFENDER SERVICES (Official Capacity), and
CORRECTIONS CORPORATION OF AMERICA
    (In their Official and Individual Capacity),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 3 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Michael Rea, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Kit Carson Correctional Center in Burlington, Colorado. He filed *pro se* a complaint pursuant to 42 U.S.C. § 1983 seeking money damages and the expungement of disciplinary convictions from his prison record. He also submitted a supplement to the complaint in which he sought injunctive relief concerning his sex offender designation. He has been granted leave to proceed pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee.

On August 16, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Rea to submit within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, sued the proper parties, and alleged their personal participation in the asserted constitutional violations. Magistrate Judge Boland warned Mr. Rea that if he failed within the time allowed to file

an amended complaint that complied with the August 16 order, the complaint and the action would be dismissed without further notice.

Mr. Rea has failed, within the time allowed, to comply with the August 16 order or otherwise to communicate with the Court in any way.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Michael Rea, to file an amended complaint that complied with the August 16, 2010 order, and for his failure to prosecute.

DATED at Denver, Colorado, this  23rd  day of  September , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01601–BNB

Michael D. Rea
Prisoner No. 118902
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/23/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk